# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEW 90, LLC AND LOUISIANA
WETLANDS, LLC

NO.   2019 CW 0442

VERSUS

GRIGSBY PETROLEUM, INC. AND
CHEVRON U.S.A., INC.

**AUG 0 5 2019**

---

In Re:   New 90, LLC and James J. Bailey, III, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 130528.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DISMISSED.**   This writ application is dismissed pursuant to relator's motion to dismiss filed on July 16, 2019 advising that the parties have resolved their differences and have reached a proposed settlement, which has been approved by the trial court, and requesting that this writ application be dismissed.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT